STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. SIDNEY L. HENRY ET AL., PLAINTIFFS IN ERROR.

Submitted October 30, 1936—Decided January 22, 1937.

For the defendant in error, *T. Raymond Bazley.*

For the plaintiffs in error, *Lesler C. Leonard.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Case, Heher, Perskie, Hetfield, Dear, Wells, Wolfskeil, Rafferty, Cole, JJ.   11.

*For reversal*—None.